UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

In re:

      Jean Marie L. Delva                      BK-2510669
           Debtor                              CHAPTER 13

### OBJECTION TO CONFIRMATION

The Trustee objects to confirmation of the debtor's Plan on the following grounds:

1.     There are not sufficient payments being paid into the Plan to effectuate its provisions. The Plan provides for $150 for general creditor claims totaling $150, i.e., 100%. However, the filed claims exceed $11,000.

2.     The Plan is not feasible. According to schedule I, the debtor has no earned income and relies primarily on a voluntary contribution from his ex-spouse.

WHEREFORE, the Chapter 13 Trustee respectfully requests that the Court deny confirmation of the Plan and grant such other relief as is appropriate.

/s/Charles A. Pisaturo, Jr.
Charles A. Pisaturo, Jr., Trustee
400 Westminster St. Suite 54
Providence, RI 02903
Tel:(401) 223-5550
Fax:(401) 223-5548

### CERTIFICATION

I hereby certify that a copy of the within Objection was mailed, postage prepaid, to Jean Marie L. Delva, 58 Pekin Street, Providence, RI 02908 and electronically mailed to Janet J. Goldman, Esq. at jgoldmanlawri@jggoldman.com on November 5, 2025.

/s/ Martha Hunt