UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

In re:

| | |
|---|---|
| JEAN MARIE L. DELVA | BK-25-10669 |
| Debtor | CHAPTER 13 |

## CONSENTED TO MOTION TO CONTINUE HEARING

The Trustee moves that the hearing on confirmation of the Debtor's Chapter 13 Plan, presently scheduled for November 19, 2025, be continued to December 3, 2025.

In support hereof, the Trustee needs additional information and/or documents concerning the debtor's financial condition and creditor claims, including documents concerning income, property title, and claims. This need for additional information and documents is especially true in light of a confirmation objection recently filed by "Preferred Property Solutions, LLC".

Moreover, confirmation of the debtor's ex-wife's chapter 13 plan (Marie Delva, BK. No. 25-10627), a case and plan with similar issues, is scheduled for December 3, 2025.

The Trustee has confirmed that Debtor's counsel and counsel for Preferred Property Solutions LLC consent to this request for a continuance.

For the reasons set forth above, the Trustee requests that the hearing on confirmation of the Debtor's Plan, presently scheduled for November 19, 2025, be continued to December 3, 2025.

/s/ Charles A. Pisaturo, Jr.
Charles A. Pisaturo, Jr., Trustee
400 Westminster St., Ste 54
Providence, RI 02903
Tel: (401) 223-5550
Fax: (401) 223-5548

## CERTIFICATION

I hereby certify that a copy of the within Motion was electronically mailed to Janet Goldman, Esq. at jgoldmanlawri@jjgoldman.com and Thomas Carlotto, Esq. at tcarlotto@darroweverett.com on October 23, 2025.

/s/Martha Hunt