## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF RHODE ISLAND

---

In Re: Jean Marie L. Delva                    BK No. 1:25−bk−10669

Debtor(s)                                     Chapter 13

---

### NOTICE OF CONFIRMATION HEARING

Please be advised that the confirmation hearing in this case will be held at:

U.S. Bankruptcy Court, 380 Westminster Street, 6th Floor, Providence, RI 02903 on 12/3/25 at 10:00 AM to consider and act upon the Debtor's Chapter 13 Plan:

Order Granting Motion To Continue/Reschedule Hearing On (Related Doc # 18)

RE: [15] Chapter 13 Plan

Please consult local rule 5072−1 for appropriate courtroom decorum for all hearings.

**_Objections to confirmation must be filed and served at least seven days prior to the date set for confirmation. See LBR 3015−3._**

If a party wishes to use courtroom technology to present evidence, please contact the courtroom deputy at (401)626−3136 in advance of the hearing to arrange for training.

Jonathan E. Pincince
Clerk of Court

Date: **11/17/25**

Entered on Docket: **11/17/25**
Document Number: **19 − 15, 18**

500c.jsp

---

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626−3100*

*Website: www.rib.uscourts.gov*