UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

In re:

    JEAN MARIE DELVA                       BK-25-10669
        Debtor                                CHAPTER 13

## CERTIFICATION

I hereby certify that a copy of the within Order Granting Motion to Continue Confirmation Hearing was mailed, postage prepaid, to the parties set forth on Exhibit A and electronically mailed to Janet Goldman, Esq. at jgoldmanlawri@jjgoldman.com and Thomas Carlotto, Esq. at tcarlotto@darroweverett.com on November 18, 2025.

                                                    /s/Susan Gustafson