| | | |
|---|---|---|
| Label Matrix for local noticing<br>0103-1<br>Case 1:25-bk-10669<br>District of Rhode Island<br>Providence<br>Tue Nov 18 12:40:18 EST 2025 | CACH, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Thomas E Carlotto<br>DarrowEverett LLP<br>1 Turks Head Place, 12th Floor<br>Providence, RI 02903-2219 |
| Chris Messier<br>969 Waterman Ave.<br>East Providence RI 02914-1342 | Jean Marie L. Delva<br>58 Pekin Street<br>Providence, RI 02908-3717 | ~~Janet J. Goldman~~<br>~~51 Jefferson Blvd, Suite 7~~<br>~~Warwick, RI 02888-1070~~ |
| ~~(p)INTERNAL REVENUE SERVICE~~<br>~~CENTRALIZED INSOLVENCY OPERATIONS~~<br>~~PO BOX 7346~~<br>~~PHILADELPHIA PA 19101-7346~~ | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 |
| Kyle Seyboth<br>377 Wilbur Avenue #113<br>Swansea MA 02777-2440 | Lowell Williams<br>54 Stonelaw Ave<br>Providence RI 02908-2318 | Nicholas J. Hemond, Esq.<br>DarrowEverret<br>One Turks Head Place, Ste 1200<br>Providence RI 02903-2212 |
| Sandra Nicholls<br>Office of the United States Trustee<br>5 Post Office Square<br>Suite 1000<br>Boston, MA 02109-3934 | ~~(p)OFFICE OF THE CHAPTER 13 TRUSTEE~~<br>~~400 WESTMINSTER ST BOX 12~~<br>~~PROVIDENCE RI 02903-3222~~ | Preferred Property Solutions<br>377 Wilbur Av. #113<br>Swansea MA 02777-2440 |
| Preferred Property Solutions LLC<br>20 Comstock Way, Suite 10-337<br>Seekonk, MA   02771 | Red Ballon Capital, LLC<br>969 Waterman Ave<br>East Providence RI 02914-1342 | State of RI - Labor and Training<br>Legal Department<br>Bldg 72 3rd Floor<br>1511 Pontiac Avenue<br>Cranston, RI 02920-4407 |
| The Seyboth Real Estate Team,<br>969 Waterman Avenue<br>East Providence RI 02914-1342 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Internal Revenue Service<br>Insolvency Unit - 4th Floor<br>380 Westminster Street<br>Providence, RI 02903 | Jefferson Capital Systems, LLC<br>PO BOX 7999<br>SAINT CLOUD, MN 56302-9617 | Charles A. Pisaturo Jr.<br>Office of the Chapter 13 Trustee<br>400 Westminster Street, Suite 54<br>Providence, RI 02903 |

End of Label Matrix
Mailable recipients    18
Bypassed recipients     0
Total                  18

EXHIBIT A