| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF RHODE ISLAND | R.I. Local Form 4001-1.1 |
| In re: | |
| JEAN MARIE L. DELVA<br>Debtor(s) | BK No. 25-bk-10669<br>Chapter 13 |

## RELIEF FROM STAY WORKSHEET – REAL ESTATE

I <u>Kyle Seyboth</u> (Name and Title) of <u>Preferred Property Solutions LLC</u> ((hereinafter, "Movant") hereby declare (or certify, verify, or state):

### BACKGROUND INFORMATION

1. Real property address which is the subject of this motion:

    58 Pekin Street, Providence, RI.

2. Lender Name: Not applicable.

3. Date of Mortgage: Not applicable.

4. Post-Petition payment address:

    Not applicable.

5. The manner in which the movant perfected its interest in the property:

    The movant is the owner of the property.

6. All other material liens and encumbrances on the property: Movant is aware of real property taxes constituting a lien on the property.

    -
    .

### DEBT/VALUE REPRESENTATIONS

7. Total pre-petition and post-petition indebtedness of Debtor(s) to Movant at the time of filing the motion: Not applicable.
    (Note: this amount may not be relied on as a "payoff" quotation.)

19

8. Movant's estimated market value of the real property: The Providence Tax Assessor has an assessed amount of $413,000.
9. Source of estimated valuation: The City of Providence Assessor lists an assessment of $413,000.

## STATUS OF DEBT AS OF THE PETITION DATE

10. Total pre-petition indebtedness of Debtor(s) to Movant as of petition filing date: Not Applicable.

    A. Amount of principal: $_____.
    B. Amount of interest: $_____.
    C. Amount of escrow (taxes and insurance): $_____.
    D. Amount of forced placed insurance expended by Movant:_____.
    E. Amount of Attorney's fees billed to Debtor(s) pre-petition: $_____.
    F. Amount of pre-petition late fees, if any, billed to Debtor(s): $_____.

11. Contractual interest rate: Not Applicable. (If interest rate is (or was) adjustable, please list the rate(s) and dates(s) the rate(s) was/were in effect on a separate sheet and attach the sheet as an exhibit to this form; please list the exhibit number here:   .)

12. Please explain any additional pre-petition fees, charges or amounts charged to Debtor's/Debtor's account and not listed above:
    Not Applicable. (If additional space is needed, please list the amounts on a separate sheet and attach the sheet as an exhibit to this form; please list the exhibit number here:   .)

## AMOUNT OF ALLEGED POST-PETITION DEFAULT (AS OF
## Not Applicable (MM/DD/YYYY)

13. Date last payment was received: Not Applicable (mm/dd/yyyy)

14. Alleged total number of payments post-petition from filing of petition through payment due on Not Applicable (mm/dd/yyyy): Not Applicable.

19

15. Please list all post-petition payments alleged to be in default: Not Applicable

### SCHEDULE OF PAYMENTS THAT WERE DUE:

| Date Payment Due | Payment Amount Due Post Petition |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Totals: | $ Not Applicable |

### SCHEDULE OF PAYMENTS THAT WERE RECEIVED

| Date | Amount Received | Amount Applied to Principal and Interest | Amount Applied to Escrow | Late Fee Charged (if any) | Amount applied to legal fees or costs (specify) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
| Totals: | $ | $ | $ | $ | Not Applicable |

16. Amount of Movant's Attorneys fees billed to Debtor for the preparation, filing and prosecution of this motion: To be determined based upon time and hourly rates.

17. Amount of Movant's filing fee for this motion: $.

18. Other Attorney's fees billed to Debtor post-petition: Not Applicable.

19. Amount of Movant's post-petition inspection fees: Not Applicable

19

20. Amount of Movant's post-petition appraisal/broker's price opinion: Not Applicable

21. Amount of forced placed insurance or insurance provided by the Movant post-petition: Not Applicable.

22. Sum held in suspense by Movant in connection with this contract, if applicable: Not Applicable.

23. Amount of other post-petition advances or charges: i.e., taxes, insurance incurred by Debtor, etc.: Not Applicable.

24. Amount and date of post-petition payments offered by the debtor and refused by the Movant: $_____;  Date(s): _____

    Movant: $_____;  Date(s): _____

    Movant: $_____;  Date(s): _____.

    Not Applicable.

## REQUIRED ATTACHMENTS TO MOTION

Please attach the following documents to this motion and indicate the exhibit number associated with the documents.

(1)   Copies of documents that indicate Movant's interest in the subject property. For purposes of example only, a complete and legible copy of the promissory note or other debt instrument together with a complete and legible copy of the mortgage and any assignments in the chain from the original mortgagee to the current moving party. A copy of the Deed is annexed hereto as Exhibit A.

(2)   Copies of documents establishing proof of standing to bring this Motion. See Exhibit A.

(3)   Copies of documents establishing that Movant's interest in the real property was perfected. For the purposes of example only, a complete and legible copy of the Financing Statement (UCC-1) filed with either the Clerk's Office or the Register of the county the property is located in. (Exhibit_____.)

19

## CERTIFICATION AND DECLARATION FOR BUSINESS RECORDS

I certify that the information provided in this worksheet and/or exhibits attached to this worksheet is derived from records that were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters, were kept in the course of the regularly conducted activity; and were made by the regularly conducted activity as a regular practice.

I further certify that copies of any transactional documents attached to this worksheet as required by paragraphs 1, 2, and 3, immediately above, are true and accurate copies of the original documents, I further certify that the original documents are in movant's possession, except as follows: the deed is recorded in the Land Evidence Records for the City of Providence.

I/we declare (or certify, swear, affirm, verify or state) that the foregoing is true and correct.

Executed on September 16, 2025

_____
Name: Kyle Seyboth
Title: Manager

Subscribed and sworn to before me this Sept 17, 2025 [date]

_____
Notary Public: [name]

My commission Expires: _____
[date]

19