**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF RHODE ISLAND**

In re:  Jean Marie L. Delva                               BK No.: 25-10669

Debtor                                                    Chapter 13

### ASSENTED TO MOTION TO CONTINUE HEARING
### ON MOTION FOR RELIEF FROM STAY

Now comes Counsel for Debtor, Jean Marie L. Delva, and hereby requests that the hearing on Motion for Relief from Stay filed by Preferred Property Solutions LLC and scheduled for January 7, 2026, be continued to January 21, 2026. As grounds for this request, Counsel for Debtor states that she is court excused on January 7, 2026.

WHEREFORE, Counsel respectfully requests that the hearing on the Motion for Relief from Automatic Stay scheduled for January 7, 2026, be continued to January 21, 2026.

                                        Respectfully submitted,
                                        Jean Marie L. Delva
                                        By his Attorney,

                                        /s/ Janet J. Goldman
                                        Janet J. Goldman, Esq.
                                        Bar Number 4081
                                        51 Jefferson Boulevard
                                        Warwick, RI 02889

Dated: January 5, 2026

ADMINISTRATIVE GENERAL ORDER--FORM B
UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF RHODE ISLAND

- - - - - - - - - - - - - - - - - - - - - - - - - *

In re:    Jean Marie L. Delva

                                                          BK No. 25-10669

       Debtor            :            Chapter 13

- - - - - - - - - - - - - - - - - - - - - - - - *

**CERTIFICATE OF SERVICE**

      I, Rebecca L. Goldman, state that on *January 5, 2026*, I electronically filed the foregoing document with the United States Bankruptcy Court for the District of Rhode Island on behalf of Jean Marie L. Delva using the CM/ECF System. The following participants have received notice electronically:

      **Sandra Nicholls, AUST, US Trustee**
      **Charles A. Pisaturo, Jr., Chapter 13 Trustee**
      **Thomas E. Carlotto, Esq.**

                                                                                                     /s/ Rebecca L. Goldman