**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF RHODE ISLAND**

In re:  Jean Marie L. Delva                                         BK No: 25-10669
                                                                    Chapter 13
       Debtor

### ORDER OF RECUSAL

    It appears the Honorable John A. Dorsey, Jr. has a conflict of interest and must recuse himself from the above-captioned bankruptcy case, including any pending adversary proceedings. Therefore,

    IT IS HEREBY ORDERED pursuant to the provisions of 28 U.S.C. § 455 and Federal Rule of Bankruptcy Procedure 5004, the undersigned bankruptcy judge is disqualified from considering this case and related adversary proceedings and refers it back to the Clerk of the Court for reassignment to another bankruptcy judge.

Date: January 16, 2026

                                                    John A. Dorsey, Jr.
                                                    U.S. Bankruptcy Judge