# United States Bankruptcy Court, District of Rhode Island

## Proceeding Memorandum / Order of Court

In Re: Jean Marie L. Delva     Case Number: 25-10669     Ch: 13

**MOVANT/APPLICANT/PARTIES:**

Motion for Relief from Stay (Doc. #25)
Objection (Doc. #32)

**OUTCOME:**

\_\_ Granted   \_\_ Denied   \_\_ Approved   \_\_ Sustained

\_\_ Moot   \_\_ Denied without prejudice   \_\_ Withdrawn in open court   \_\_ Overruled

\_\_ OSC Enforced / Released

\_\_ Continued to: _____ For: _____

\_\_ Formal order / stipulation to be submitted by: _____ Date due: _____

\_\_ Findings and conclusions dictated at the close of hearing incorporated by reference

_____ Taken under advisement: Brief(s) due: _____ From: _____

Response due: _____ From: _____

\_\_ Fee(s) allowed in the amount of: $ _____ Expenses of: $ _____

\_\_ No appearance / response by: _____

✓ DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

A hearing on the above captioned matters shall be held telephonically on February 10, 2026 at 2:30 p.m.

To participate, attendees shall dial (646) 828-7666 and enter Meeting ID 160 257 7274 and Passcode 984 524 when prompted.

IT IS SO ORDERED:

_____  Dated: 1/22/26

Christopher J. Panos
U.S. Bankruptcy Judge