# United States Bankruptcy Court, District of Rhode Island

## Proceeding Memorandum / Order of Court

In Re: Jean Marie L. Delva         Case Number: 25-10669     Ch: 13

**MOVANT/APPLICANT/PARTIES:**

Chapter 13 Plan (Doc. #15)
Objection filed by Chapter 13 Trustee (Doc. #16)
Objection filed by Preferred Property Solutions LLC (Doc. #17)

**OUTCOME:**

__ Granted   __ Denied   __ Approved   __ Sustained

__ Moot   __ Denied without prejudice   __ Withdrawn in open court   __ Overruled

__ OSC Enforced / Released

__ Continued to: _____ For: _____

__ Formal order / stipulation to be submitted by: _____ Date due: _____

__ Findings and conclusions dictated at the close of hearing incorporated by reference

_____ Taken under advisement: Brief(s) due: _____ From: _____

Response due: _____ From: _____

__ Fee(s) allowed in the amount of: $ _____ Expenses of: $ _____

__ No appearance / response by: _____

✓ DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

A hearing on the above captioned matters shall be held telephonically on February 25, 2026 at 3:30 p.m.

To participate, attendees shall dial (646) 828-7666 and enter Meeting ID 160 257 7274 and Passcode 984 524 when prompted.

IT IS SO ORDERED:

_____  Dated: 1/22/26

Christopher J. Panos
U.S. Bankruptcy Judge