*UNITED STATES BANKRUPTCY COURT*
*DISTRICT OF RHODE ISLAND*

---

In Re: Jean Marie L. Delva          BK No. 1:25−bk−10669

Debtor(s)                    Chapter 13

---

### ORDER GRANTING (doc# 31 ) TO EMPLOY PROFESSIONALS
### Re: Application to Employ Steven J. Boyajian as Special Counsel

The application to employ Steven J. Boyajian as Special Counsel as a professional in this case is approved, subject to the following:

(1) This order is not a determination that the services are necessary; and

(2) No fee agreement between the applicant and the person or entity being employed is binding on the court.

Other than applications to employ under FRBP 2014, any agreement for compensation between the professional seeking employment and the trustee, if applicable, is non−binding on the court, and any request or provision contained in the application that seeks preapproval of compensation is denied. All compensation of professionals will be determined by the court upon the filing of an appropriate fee application(s).

*So Ordered:*

_____
Christopher J. Panos
U.S. Bankruptcy Judge

Date: **1/22/26**

Entered on Docket: **1/22/26**
Document Number: **43 − 31**

Oappemployprof.jsp #103

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626−3100*

*Website: www.rib.uscourts.gov*