UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

In re:

JEAN MARIE L. DELVA                              BK-25-10669
Debtor                                      CHAPTER 13

CONSENTED TO MOTION TO CONTINUE CONFIRMATION HEARING

The Trustee moves, with the consent of interested parties, that the hearing on confirmation of the Debtor's Chapter 13 Plan, presently scheduled for May 26, 2026, be continued for one hundred and twenty (120) days or to such other date as the Court deems appropriate in order to track the outcome of *Delva v. Preferred Property Solutions et al.*. 26-cv-84, pending in the U.S. District Court for the District of Rhode Island (the "USDC Case").   In support hereof, the Trustee states as follows:

1.      The debtor filed this case on August 22, 2025.    The debtor filed an original plan on or about September 19, 2025.

2.      The debtor's bankruptcy schedule A/B (Official Form 106 A/B) includes a joint tenant ownership interest in residential real property located at 58 Pekin Street, Providence, Rhode Island (the "Property").  On information and belief, the debtor resides in the Property. The debtor claimed a homestead exemption in the Property under R.I. Gen. Laws §9-26-4.1.

3.      The debtor's bankruptcy schedule D (Official Form 106D – "Secured Claims") identifies, among other claims, a disputed secured mortgage claim, secured against the Property, in favor of "Preferred Property Solutions" (hereinafter, "PPS") in the amount of $100,000.  On information and belief, PPS is a Massachusetts limited liability company registered to conduct business in Rhode Island.

4. On February 9, 2026 the debtor filed the USDC Case.  The USDC Case generally alleges multiple claims against PPS and other related entities and parties, including an alleged "foreclosure rescue scam and theft of equity".

5. The debtor's bankruptcy schedule E/F ("Priority and General Unsecured Creditors") (Official Form 106E/F) identifies a single creditor, Cox Communications, with a claim in the amount of $150.

6. The claims deadline has passed.  Two claims have been filed, that of Jefferson Capital Systems, LLC for $1,933.96 and CACH, LLC for $9,813.99.

7. The debtor's Plan provides, among other terms, for 36 monthly payments of $200/month.   The debtor's plan is current.  The Plan provides a 100% distribution to general unsecured creditors with allowed claims.

8. PPS filed an objection (Doc 25) to confirmation, claiming, among other things, that PPS is the legal and rightful owner of the Property and that the Debtor does not hold title to the Property.

9. The confirmation hearing is currently scheduled for May 26, 2026.

10. Confirmation of the Plan is contingent on the outcome the UDSC case regarding the dispute between the debtor and PPS.

11. Debtor's counsel, debtor's special counsel, and counsel for PPS collectively consent to this request for a continuance.

For the reasons set forth above, the Trustee requests that the hearing on confirmation of the Debtors' Plan, presently scheduled for May 26, 2026, be continued for one hundred and twenty (120) days or until such other date as the Court deems appropriate.

/s/ Charles A. Pisaturo, Jr.

Charles A. Pisaturo, Jr., Trustee
400 Westminster St., Ste 54
Providence, RI 02903
Tel: (401) 223-5550
Fax: (401) 223-5548

CERTIFICATION

I hereby certify that a copy of the within Motion was served through the Court's CM/ECF electronic filing and noticing system to Janet Goldman, Esq. at jgoldmanlawri@jjgoldman.com, Steven Boyajian, Esq. sboyajian@rc.com and Thomas Carlotto, Esq. at tcarlotto@darroweverett.com on May 22, 2026.


/s/ Brett Rexter