United States Bankruptcy Court
District of Rhode Island
## Proceeding Memorandum / Order of Court

In Re: Jean Marie L. Delva                 Case Number: 25-10669                 Ch:  13

**MOVANT/APPLICANT/PARTIES:**

Consented to Motion to Continue Hearing (Doc. #54, the "Motion")

Chapter 13 Plan (Doc. #15, the "Plan")

**OUTCOME:**

__ Granted __ Denied __ Approved __ Sustained

__ Moot __ Denied without prejudice __ Withdrawn in open court __ Overruled

__ OSC Enforced / Released

__ Continued to: _____ For: _____

__ Formal order / stipulation to be submitted by: _____ Date due: _____

__ Findings and conclusions dictated at the close of hearing incorporated by reference

_____ Taken under advisement: Brief(s) due: _____ From: _____

Response due: _____ From: _____

__ Fee(s) allowed in the amount of: $ _____ Expenses of: $ _____ __ No

appearance / response by: _____

X DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

The Motion is granted.

A hearing on the Plan shall be held telephonically on August 24, 2026 at 3:00 p.m.

To participate, attendees shall dial (646) 828-7666 and enter Meeting ID 160 257 7274 and Passcode 984 524 when prompted.

IT IS SO ORDERED:

Christopher J. Panos
U.S. Bankruptcy Judge

Dated: 5/26/26